UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Oakcies Walker, Jr.
And Sheila Mae Walker CASE NO: 3:26-bk-04113-JAB

Debtors.

-------------------------------

**DEBTORS' VERIFIED MOTION TO IMPOSE AUTOMATIC STAY**

Debtors seek entry of an order imposing the automatic stay under 11 U.S.C. § 362(c)(4)(D).

1. Debtors filed this bankruptcy case on September 4, 2026.

2. On February 23, 2026, Debtors previously filed a Chapter 13 case, Case No. 3:26-bk-00712-JAB filed in the Middle District of Florida.

3. The most recently filed prior case was dismissed on August 27, 2026, for the following reasons:

☐ failure to commence making plan payments.
X failure to make plan payments.
☐ failure to file a plan.
☐ failure to confirm a plan.
☐ failure to file other required documents (list): [list documents]

4. Debtors also had the following bankruptcy case pending in the one-year period before filing this case, which was dismissed on February 19, 2026:

   Case No.: 3:25-bk-02125-JAB

   Date Filed: June 26, 2025



1 If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.

Reason for Dismissal: Failure to Make Confirmed Plan Payments

5. Comparison of Debtors' Income and Expenses in Current Case and the Most Recently Filed Prior Case:

| | **Current Case[1] 3:26-bk-04113-JAB** | **Prior Case No. 3:26-bk-00712-JAB** |
|---|---|---|
| Schedule I Net income (line 12) | TBD | $4,603.20 |
| Schedule J Monthly Expenses (line 22c) | TBD | $2,050.00 |
| Schedule J Monthly Net Income (line 23c) | TBD | $2,553.20 |
| Plan Payment | TBD | $2,664.00 1 through 13<br>$2,794.00 14 through 60 |
| Wage Order | No | No |

6. Plan Payments made in Prior Case:

Prior Case No. 3:26-bk-00712-JAB $5,460.00

Prior Case No. 3:25-bk-02125-JAB $6,525.00

7. Prior to the dismissal of any case pending in the one-year period before the filing of this case, there were **no** motions for relief from the automatic stay that (a) the Court granted, or (b) were pending.

8. As set forth below, Debtors' personal or financial circumstances have substantially changed since the filing of the most recent prior case such that the reason for dismissal in that case is not likely to recur:

Debtors' continue to decrease their living expenses which will allow them to pay the Chapter 13 payment in order to protect their home and vehicle.



1 If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.

WHEREFORE, Debtors respectfully request that the Court enter an order imposing the automatic stay as to all creditors until such time as the stay would terminate as a matter of law under 11 U.S.C. §§ 362(c)(1) or (c)(2) or until further order of the Court.

Law Offices of Carol M. Galloway, P.A.

*/s/ Carol M. Galloway*

______________________

Carol M. Galloway
Attorney for Debtors
FL. Bar I.D. No. 0547301
301 West Bay Street, Suite 1451-52
Jacksonville, FL 32202
904-356-7005
lawofficecgalloway@att.net

**DEBTORS' VERIFICATION STATEMENT AND SIGNATURE**

I, Oakcies Walker, Jr., declare under penalty of perjury that the foregoing is true and correct.

*/s/ Oakcies Walker, Jr.* Dated: 9/10/2026
Oakcies Walker, Jr., Debtor

I, Sheila Mae Walker, declare under penalty of perjury that the foregoing is true and correct.

*/s/ Sheila Mae Walker* Dated: 9/10/2026
Sheila Mae Walker, Debtor



1 If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided electronically or by US mail to all interested parties listed on the attached mailing matrix on this 10th day of September, 2026.

Law Offices of Carol M. Galloway, P.A.

*/s/ Carol M. Galloway*

_______________________

Carol M. Galloway
Attorney for Debtor
FL. Bar I.D. No. 0547301
301 West Bay Street, Suite 1451-52
Jacksonville, FL 32202
904-356-7005
lawofficecgalloway@att.net



1 If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.