**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 3:26-bk-04113-JAB

Oakcies Walker, Jr.
And Shelia Mae Walker

Debtors.
-------------------------------

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A hearing in this case will be held before the Honorable Judge Jay A. Brown on September 16, 2026 at 11:00am in Courtroom 4C at 300 North Hogan Street, 4th Floor, Jacksonville, Florida 32202 on the following matter:
   Verified Motion to Impose Automatic Stay Doc [9]
2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/brown.
3. The hearing may be continued upon announcement made in open court without further notice.
4. Any party opposing the relief sought at this hearing must appear at the hearing on any objections or defenses may be deemed waived.

Dated this 14th day of September, 2026.

Law Offices of Carol M. Galloway, P.A.

*/s/Carol M. Galloway*

______________________

Carol M. Galloway
Attorney for Debtors
FL. Bar I.D. No. 0547301
301 West Bay Street, Suite 1451-52
Jacksonville, FL 32202
lawofficecgalloway@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished via US Mail to the parties on the attached mailing matrix on this 14th day of September, 2026.

Law Offices of Carol M. Galloway, P.A.

*/s/Carol M. Galloway*

________________________

Carol M. Galloway
Attorney for Debtors
FL. Bar I.D. No. 0547301
301 West Bay Street, Suite 1451-52
Jacksonville, FL 32202
lawofficecgalloway@att.net